# United States Court of Appeals for the Federal Circuit

ERRATA

May 2, 2007

Appeal No. 2006-1504

Precedential Opinion, PODS, Inc. v. Porta Stor, Inc.

Decided:      April 27, 2007

On page 10, line 10, replace "Pandrol USA, 320 F.3d at 1367" with: "Pandrol USA, LP v. Airboss Ry. Prods., Inc., 320 F.3d 1354, 1367 (Fed. Cir. 2003)."

On page 14, line 6, remove "**[JA 45]**"

On page 14, line 9-10, remove "**[JA 64-65]**"

On page 16, line 6, remove "**[BB 38]**"